```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                           EASTERN DIVISION
```

IN RE:     CARDINAL HEALTH, INC.
           ERISA LITIGATION

                                    Civil Action 2:04-CV-643
                                    Judge Marbley
                                    Magistrate Judge King

<u>ORDER</u>

With the agreement of the parties, the motion to certify, Doc. No. 98, is **WITHDRAWN.**

The joint motion to stay briefing on that motion to certify, Doc. No. 99, is **DENIED as MOOT.**

<u>April 26, 2006</u>                         <u>      *s/Norah McCann King*      </u>
                                              Norah M<sup>c</sup>Cann King
                                           United States Magistrate Judge